**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2338**

_____

IANA RATA; ARA ARARAT TIRATSVYAN,

          Petitioners,

    v.

LORETTA E. LYNCH, Attorney General,

          Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: July 20, 2015          Decided: August 5, 2015

_____

Before NIEMEYER, DUNCAN, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioners. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Justin Markel, Nancy E. Friedman, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iana Rata, a native and citizen of Moldova, and her husband, derivative beneficiary Ara A. Tiratsvyan, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal of the Immigration Judge's denial of Rata's requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Rata's merits hearing, her asylum application, and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Rata (B.I.A. Nov. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED